IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HERITAGE HOTELS & RESORTS
d/b/a HOTEL ENCANTO DE LAS
CRUCES,

        Plaintiff,

vs.                                                             No. CIV 17-1194 JB\JHR

AFFILIATED FM INSURANCE
COMPANY d/b/a FM GLOBAL,

        Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Stipulation of Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1), filed June 27, 2018 (Doc. 36)("Dismissal Stipulation"). In the Dismissal Stipulation, the parties stipulate, pursuant to rule 41(a)(1) of the Federal Rules of Civil Procedure, that "this action shall be voluntarily dismissed with prejudice, with each party bearing its respective costs and attorneys' fees." Dismissal Stipulation at 1. With no more parties or claims before the Court in this case, the Court enters Final Judgment pursuant to rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that: (i) Plaintiff Heritage Hotels & Resorts d/b/a Hotel Encanto de Las Cruces' claims against Defendant Affiliated FM Insurance Company d/b/a/ FM Global are dismissed with prejudice; and (ii) Final Judgment is entered.

                                                                                          _____
                                                                                          UNITED STATES DISTRICT JUDGE

- 2 -

*Counsel:*

Douglas E. Gardner
Taylor S. Rahn
Robles, Rael and Anaya, P.C.
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Scott G. Johnson
Lisa L. Beane
Robins Kaplan LLP
Minneapolis, Minnesota

-- and --

Alfred A. Park
Park & Associates LLC
Albuquerque, New Mexico

    *Attorneys for the Defendant*